UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22CR2246-RBM |
| Plaintiff, | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/ TRIAL SETTING** |
| v. | |
| GABRIEL ENRIQUE PEREA RODRIGUEZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/ trial setting from October 7, 2022 to November 4, 2022 **is granted**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated: 10/6/2022

_____
**HONORABLE RUTH B. MONTENEGRO**
UNITED STATES DISTRICT JUDGE